

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 9, 2024

**MEMO ENDORSED**

<u>Via CM/ECF</u>
The Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York

RE:   *DiMeglio v. Candle Delirium, Inc.*
      Case No.: 1:23-cv-04088-JGLC

Dear Judge Clarke:

I represent the plaintiff in the above matter, and write jointly with counsel for Defendant ("the Parties") to respectfully request that the initial conference scheduled for April 10, 2024, be canceled, or be held telephonically. As the Parties indicated in our April 2, 2024, preconference letter and proposed case management plan, we believe the pretrial conference is not necessary.

In the event Your Honor orders the conference to proceed, we ask that it be held telephonically because counsel for Defendant is located out of state.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

The initial pretrial conference in this matter, previously scheduled for April 10, 2024 at 11:00 a.m., is hereby rescheduled for **April 25, 2024** at **4:00 p.m.** It will be held in person at 500 Pearl Street, New York, New York. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: April 9, 2024
     New York, New York